# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-12-5381-R                                    **DATE:** NOVEMBER 30, 2012

**TITLE:** HILDA ELISA CABAL et al -V- AURORA LOAN SERVICES LLC et al
================================================================
**PRESENT:**

HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                         Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR HEARING ON DECEMBER 17, 2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO FILE PROOFS OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANTS WITHIN 120 DAYS.

PRESENCE OF THE PARTIES AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                            Initials of Deputy Clerk __WH____
**CIVIL - GEN**                                    D-M